IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-497-MOC-DCK

| EXECUTIVE HUNT GROUP, LTD., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ABB, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Remand" (Document No. 4) filed August 17, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting good cause shown as well as consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Remand" (Document No. 4) is **GRANTED**.

The Clerk Of Court is directed to remand this matter, Case No. 12-CVS-13015, to the Superior Court of Mecklenburg County, North Carolina.

Signed: August 17, 2012

David C. Keesler
United States Magistrate Judge